MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Criminal Chief

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    E-mail:   denise.barton@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> NGOC DUONG, ) <br>     a/k/a Danny Duong, and ) <br> HONG LEE WONG, ) <br>     a/k/a William Wong, ) <br> ) <br>     Defendants. ) <br> ) | CR No. 12-0578 SI <br><br> **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM AUGUST 24, 2012 THROUGH NOVEMBER 2, 2012** |

At the August 24, 2012 appearance before this Court, the parties advised the Court that the Government had produced some discovery and would be producing additional discovery. The parties further advised that counsel required time to review discovery. All parties agreed that time was properly excluded from August 24, 2012 through November 2, 2012 for effective preparation of counsel. For all these reasons, the parties agree and request that the Court enter an Order that time is properly excluded from August 24, 2012 through November 2, 2012 under the

//

//

Speedy Trial Clock based on effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED:

DATED: August 27, 2012

          MELINDA HAAG
          United States Attorney

          /s/
          DENISE MARIE BARTON
          Assistant United States Attorney

          /s/
          CLAIRE LEARY
          Attorney for NGOC DUONG

          /s/
          DANIEL P. BLANK
          Attorney for HONG LEE WONG

## [PROPOSED] ORDER

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time from August 24, 2012 through November 2, 2012 would unreasonably deny counsel the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from August 24, 2012 through November 2, 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time from August 24, 2012 through November 2, 2012 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

DATED: August 28, 2012

          THE HON. SUSAN ILLSTON
          United States District Judge